# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 17-21784 | Trustee Name: | Maria M. Yip |
|---|---|---|---|
| Case Name: | 419 SW 2ND AVENUE, LLC | Date Filed (f) or Converted (c): | 02/22/2018 (c) |
| For the Period Ending: | 06/30/2020 | §341(a) Meeting Date: | 04/02/2018 |
| | | Claims Bar Date: | 07/30/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1   Bank of America Debtor in Possession account | $25.00 | $30.72 | | $30.72 | FA |
| 2   Office Furniture and Office Equipment | $2,370.00 | $0.00 | | $0.00 | FA |
| 3   Other Machinery (lawnmower) | $150.00 | $150.00 | | $0.00 | FA |
| 4   419 SW 2nd Avenue, Homestead, FL 33030 | $1,900,000.00 | $1.00 | | $700,000.00 | FA |
| 5   Insurance proceeds | $26,000.00 | $26,000.00 | | $0.00 | FA |
| 6   Insurance proceeds. (Current total payout is unknown). | $0.00 | $1.00 | | $121,672.23 | FA |
| 7   3 blackboards | $30.00 | $0.00 | | $0.00 | FA |
| 8   2 garden hoses | $10.00 | $0.00 | | $0.00 | FA |
| 9   9 ADT exterior cameras | $450.00 | $0.00 | | $0.00 | FA |
| 10  ADT monitor and recorder | $100.00 | $0.00 | | $0.00 | FA |
| 11  2 commercial buckets | $10.00 | $0.00 | | $0.00 | FA |
| 12  3 commercial mops | $15.00 | $0.00 | | $0.00 | FA |
| 13  Various items of cleaning supplies | $50.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $1,929,210.00 | $26,182.72 | | $821,702.95 | $0.00 |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 17-21784 | | | Trustee Name: | Maria M. Yip |
| Case Name: | 419 SW 2ND AVENUE, LLC | | | Date Filed (f) or Converted (c): | 02/22/2018 (c) |
| For the Period Ending: | 06/30/2020 | | | §341(a) Meeting Date: | 04/02/2018 |
| | | | | Claims Bar Date: | 07/30/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

07/14/2020    Status:

7/6/20 - Communication with tax professionals regarding tax issues.

4/9/20 - TFR preparation in process.

1/15/20 - Communication with claims adjuster regarding W-9.

8/16/19 - Receipt and review of counsel's amended second and final application for compensation.

8/9/19 - Receipt and review of counsel's 2nd and final application for compensation and reimbursement of expenses.

7/1/19 - Order Granting Trustee's Ex Parte Motion to Approve Payment of Fee to Coconut Grove Claim Adjusters and Disburse Balance of Insurance Proceeds to Hutton Ventures LLC.

6/28/19 - Follow up with counsel regarding status of case.

5/23/19 - Ex-Parte Motion to Approve Payment of Fee to Adjuster and Disburse Balance of Insurance Proceeds to Hutton Ventures.

3/12/19 - Agreed Order Granting Motion to Authorize and Direct Trustee to Release Insurance Proceeds and Canceling Hearing Scheduled for 3/12/19.

2/8/19 - Amended Report of Sale of Real Property (to attach HUD-1).

11/9/18 - Order Granting Application for Compensation for Robert Charbonneau.

10/31/18 - Notice of Voluntary Fee Reduction (Robert Charbonneau).

10/30/18 - First Interim Application for Compensation for Robert Charbonneau.

10/11/18 - Report of Sale (Real Property).

9/14/18 - Order Granting Trustee's Expedited Motion for Entry of An Order Authorizing to Enter into Contract for Sale of Real Property; Approving Procedures for the Auction; Scheduling a Final Hearing to Approve the Sale of Real Property; Authorizing the Trustee to Surcharge the Real Property; and Approving Payment of Broker's Commission; Final Sale Hearing scheduled for 10/11/18.

9/5/18 - Hearing On Sale Motion scheduled for 9/12/18.

8/30/18 - Expedited Motion to Approve to Enter into Contract for Sale of Real Property; Approving Procedures for the Auction; Scheduling a Final Hearing to Approve the Sale of Real

| | | | **SUBTOTALS** | **$0.00** | **$0.00** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 17-21784 | **Trustee Name:** Maria M. Yip |
| **Case Name:** | 419 SW 2ND AVENUE, LLC | **Date Filed (f) or Converted (c):** 02/22/2018 (c) |
| **For the Period Ending:** | 06/30/2020 | **§341(a) Meeting Date:** 04/02/2018 |
| | | **Claims Bar Date:** 07/30/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Property; Authorizing the Trustee to Surcharge the Real Property; and Approving Payment of Broker's Commission.

7/12/18 - Order Granting Application to Employ Real Estate Broker Jason Welt.

6/28/18- Hearing on retention of real estate broker set for July 11, 2018.

4/30/18 - Order Granting Application to Employ Adjuster Michael Lopez (Re: # [100])

3/14/18 - Order Granting Application to Employ Hal A. Levenberg (Re: # [88])

3/6/18 - Order Granting Application to Employ Robert P. Charbonneau (Re: # [85])

Claims: All claims resolved.

Estate tax returns: None required.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/30/2019 | **Current Projected Date Of Final Report (TFR):** 08/31/2020 | /s/ MARIA M. YIP |
| | | MARIA M. YIP |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 17-21784 | | **Trustee Name:** | Maria M. Yip |
| **Case Name:** | 419 SW 2ND AVENUE, LLC | | **Bank Name:** | Union Bank |
| **Primary Taxpayer ID #:** | **-***0400 | | **Checking Acct #:** | ******3140 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking |
| **For Period Beginning:** | 07/01/2019 | | **Blanket bond (per case limit):** | $56,290,000.00 |
| **For Period Ending:** | 06/30/2020 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/30/2018 | ( 1) | Wells Fargo Bank, N.A. | Turnover of Funds from Ch. 11 Checking Account Unscheduled bank account | 1129-000 | $30.72 | | $30.72 |
| 07/23/2018 | | Green Bank | Transfer Funds | 9999-000 | | $30.72 | $0.00 |
| | | | **TOTALS:** | | $30.72 | $30.72 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $30.72 | |
| | | | **Subtotal** | | $30.72 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $30.72 | $0.00 | |

| For the period of 07/01/2019 to 06/30/2020 | | For the entire history of the account between 05/30/2018 to 6/30/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $30.72 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $30.72 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $30.72 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 17-21784 | Trustee Name: | Maria M. Yip |
|---|---|---|---|
| Case Name: | 419 SW 2ND AVENUE, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0400 | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 07/01/2019 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 06/30/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/23/2018 | | Union Bank | Transfer Funds | 9999-000 | $30.72 | | $30.72 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $30.71 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $0.05 | $30.66 |
| 11/01/2018 | | Vanessa M. Bertran | 1st Wire Transfer from closing of sale of real property located at 419 SW 2nd Ave, Homestead FL; Trustee fee on $700,000 sale price. | * | $38,250.00 | | $38,280.66 |
| | {4} | | Gross Proceeds from Sale of Real Property    $650,000.00 | 1110-000 | | | $38,280.66 |
| | | | Proceeds to secured lender Hutton Ventures LLC per 10/16/18 Order Approving the Sale of Real Property (D.E. 138)    ($487,987.19) | 4110-000 | | | $38,280.66 |
| | | | County taxes from 1/1/18 to 10/30/18    ($9,554.31) | 2820-000 | | | $38,280.66 |
| | | | Commission for Trustee's broker    ($21,000.00) | 3510-000 | | | $38,280.66 |
| | | | Commission for buyer's broker    ($21,000.00) | 2500-000 | | | $38,280.66 |
| | | | Break up fee to stalking horse bidder Jonathan Levy    ($9,500.00) | 2500-000 | | | $38,280.66 |
| | | | City of Homestead real property lien    ($36,356.18) | 4700-000 | | | $38,280.66 |
| | | | 2016 Delinquent taxes folio 10-7813-048 to Miami Dade County Tax Collector    ($12,696.89) | 2820-000 | | | $38,280.66 |
| | | | Wire fee, courier fee and cashier's check fee    ($105.00) | 2500-000 | | | $38,280.66 |
| | | | 2017 Delinquent taxes folio 10-7813-048 to Miami Dade County Tax Collector    ($13,095.67) | 2820-000 | | | $38,280.66 |
| | | | 2015 Delinquent taxes acct 40-303489 to Miami Dade County Tax Collector    ($454.76) | 2820-000 | | | $38,280.66 |

**SUBTOTALS**    $38,280.72    $0.06

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 17-21784 | | Trustee Name: | Maria M. Yip |
|---|---|---|---|---|
| Case Name: | 419 SW 2ND AVENUE, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0400 | | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2019 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 06/30/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/01/2018 | | Vanessa M. Bertran | 2nd Wire Transfer from closing of sale of real property located at 419 SW 2nd Ave, Homestead FL; Trustee's attorney fees. | * | $50,000.00 | | $88,280.66 |
| | {4} | | Trustee's counsel agreed to accept $40,000.00 $40,000 instead of $50,000 | 1110-000 | | | $88,280.66 |
| | {4} | | Per agreement, $10,000 will go to $10,000.00 secured lender Hutton Ventures LLC. | 1110-000 | | | $88,280.66 |
| 11/12/2018 | 5001 | Agentis PLLC | 11/09/18 DE 146 Order Approving 1st Interim Application of Agentis PLLC | 3210-000 | | $40,000.00 | $48,280.66 |
| 11/12/2018 | 5002 | Agentis PLLC | 11/9/18 DE 146 Order Approving 1st Interim Application of Agentis PLLC | 3220-000 | | $446.73 | $47,833.93 |
| 12/21/2018 | (6) | Mills Mehr & Associates Inc. | Proceeds from Hurricane Irma Claim # 20.5033; Trustee will not seek compensation on these funds per agreement with secured creditor. | 1129-002 | $93,172.23 | | $141,006.16 |
| 03/13/2019 | 5003 | Hutton Ventures, LLC | Pursuant to 3/12/19 DE 152 Agreed Order Granting Motion For An Order Authorizing and Directing the Trustee to Release Insurance Proceeds. | 4110-002 | | $93,172.23 | $47,833.93 |
| 03/13/2019 | 5004 | Hutton Ventures, LLC | Proceeds remaining from the sale of real property which belong to Hutton Ventures LLC pursuant to 3/12/19 DE 152 Agreed Order Granting Motion For An Order Authorizing and Directing the Trustee to Release Insurance Proceeds. | 4110-000 | | $10,000.00 | $37,833.93 |
| 05/16/2019 | (6) | Mill Mehr & Associates | Insurance claim proceeds (second and final payout; Trustee will not seek compensation on these funds per agreement with secured creditor). | 1129-002 | $28,500.00 | | $66,333.93 |
| 07/02/2019 | 5005 | Coconut Grove Claim Adjusters | Pursuant to 7/1/19 Order Granting Trustee's Motion to Authorize Payment of Fee to Michael Lopez and Coconut Grove Claim Adjusters and Disburse Balance of Insurance Proceeds to Hutton Ventures, LLC. (D.E. 155) | 6700-002 | | $12,167.22 | $54,166.71 |
| | | | **SUBTOTALS** | | $171,672.23 | $155,786.18 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | | |
|---|---|---|
| **Case No.** | 17-21784 | |
| **Case Name:** | 419 SW 2ND AVENUE, LLC | |
| **Primary Taxpayer ID #:** | **-***0400 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2019 | |
| **For Period Ending:** | 06/30/2020 | |

| | |
|---|---|
| **Trustee Name:** | Maria M. Yip |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******8401 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $56,290,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/02/2019 | 5006 | Hutton Ventures LLC | Pursuant to 7/1/19 Order Granting Trustee's Motion to Authorize Payment of Fee to Michael Lopez and Coconut Grove Claim Adjusters and Disburse Balance of Insurance Proceeds to Hutton Ventures, LLC. (D.E. 155) | 4110-002 | | $16,332.78 | $37,833.93 |
| | | | **TOTALS:** | | $209,952.95 | $172,119.02 | $37,833.93 |
| | | | **Less: Bank transfers/CDs** | | $30.72 | $0.00 | |
| | | | **Subtotal** | | $209,922.23 | $172,119.02 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $209,922.23 | $172,119.02 | |

| For the period of 07/01/2019 to 06/30/2020 | | For the entire history of the account between 07/23/2018 to 6/30/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $700,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $121,672.23 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $821,672.23 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $30.72 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $662,196.79 |
| Total Non-Compensable Disbursements: | $28,500.00 | Total Non-Compensable Disbursements: | $121,672.23 |
| Total Comp/Non Comp Disbursements: | $28,500.00 | Total Comp/Non Comp Disbursements: | $783,869.02 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| | |
|---|---|
| Case No. | 17-21784 |
| Case Name: | 419 SW 2ND AVENUE, LLC |
| Primary Taxpayer ID #: | **-***0400 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2019 |
| For Period Ending: | 06/30/2020 |

| | |
|---|---|
| Trustee Name: | Maria M. Yip |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******8401 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $56,290,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $209,952.95 | $172,119.02 | $37,833.93 |

**For the period of 07/01/2019 to 06/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $28,500.00 |
| Total Comp/Non Comp Disbursements: | $28,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/23/2018 to 6/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $700,030.72 |
| Total Non-Compensable Receipts: | $121,672.23 |
| Total Comp/Non Comp Receipts: | $821,702.95 |
| Total Internal/Transfer Receipts: | $30.72 |
| Total Compensable Disbursements: | $662,196.79 |
| Total Non-Compensable Disbursements: | $121,672.23 |
| Total Comp/Non Comp Disbursements: | $783,869.02 |
| Total Internal/Transfer Disbursements: | $30.72 |