UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| In re: | § | Case No. 17-21784-AJC |
|---|---|---|
| | § | |
| 419 SW 2nd Avenue, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Maria M. Yip, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $29,210.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $679,650.01 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $142,052.94 | | |

3) Total gross receipts of $821,702.95 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $821,702.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,069,000.00 | $1,715,144.84 | $1,715,144.84 | $679,650.01 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $143,997.37 | $143,997.37 | $142,052.94 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $10,395.97 | $10,395.97 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $3,500.00 | $6,443.75 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $37,800.00 | $4,780.26 | $4,780.26 | $0.00 |
| **Total Disbursements** | $1,110,300.00 | $1,880,762.19 | $1,874,318.44 | $821,702.95 |

4). This case was originally filed under chapter 11 on 09/27/2017. The case was converted to one under Chapter 7 on 02/22/2018. The case was pending for 39 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>05/18/2021</u>    By:  <u>/s/ Maria M. Yip</u>
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 419 SW 2nd Avenue, Homestead, FL 33030 | 1110-000 | $700,000.00 |
| Insurance claim proceeds | 1129-000 | $121,672.23 |
| Wells Fargo Bank Ch. 11 checking account | 1229-000 | $30.72 |
| **TOTAL GROSS RECEIPTS** | | **$821,702.95** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2b | Miami-Dade County Tax Collector | 4700-000 | $0.00 | $11,692.56 | $11,692.56 | $13,095.67 |
| 2a | Miami-Dade County Tax Collector | 4800-000 | $0.00 | $409.53 | $409.53 | $454.76 |
| 3 | Hutton Ventures, LLC | 4110-002 | $1,050,000.00 | $1,546,879.92 | $1,546,879.92 | $591,159.42 |
| 4 | Alterna Capital Management | 4120-000 | $0.00 | $12,690.64 | $12,690.64 | $12,696.89 |
| 7 | City of Homestead | 4800-000 | $19,000.00 | $117,585.10 | $117,585.10 | $36,356.18 |
|   | County taxes from 1/1/18 to 10/30/18 | 4700-000 | $0.00 | $9,554.31 | $9,554.31 | $9,554.31 |
|   | Hutton Ventures LLC | 4110-000 | $0.00 | $16,332.78 | $16,332.78 | $16,332.78 |
| **TOTAL SECURED CLAIMS** | | | **$1,069,000.00** | **$1,715,144.84** | **$1,715,144.84** | **$679,650.01** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Maria M. Yip, Trustee | 2100-000 | NA | $38,251.54 | $38,251.54 | $36,373.02 |
| Maria M. Yip, Trustee | 2200-000 | NA | $41.18 | $41.18 | $39.16 |
| Break up fee to stalking horse bidder Jonathan Levy | 2500-000 | NA | $9,500.00 | $9,500.00 | $9,500.00 |
| Wire fee, courier fee | 2500-000 | NA | $105.00 | $105.00 | $105.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| and cashier's check fee | | | | | |
| Green Bank | 2600-000 | NA | $0.06 | $0.06 | $0.06 |
| Veritex Community Bank | 2600-000 | NA | $184.82 | $184.82 | $184.82 |
| United States Trustee | 2950-000 | NA | $1,300.82 | $1,300.82 | $1,236.93 |
| Agentis PLLC, Attorney for Trustee | 3210-000 | NA | $40,000.00 | $40,000.00 | $40,000.00 |
| Agentis PLLC, Attorney for Trustee | 3220-000 | NA | $446.73 | $446.73 | $446.73 |
| Commission for buyer's broker - Hemisphere Real Estate, Realtor for Trustee | 3510-000 | NA | $21,000.00 | $21,000.00 | $21,000.00 |
| Commission for Trustee's broker - Trustee Realty Inc., Realtor for Trustee | 3510-000 | NA | $21,000.00 | $21,000.00 | $21,000.00 |
| Coconut Grove Claim Adjusters, Other Professional | 3991-002 | NA | $12,167.22 | $12,167.22 | $12,167.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $143,997.37 | $143,997.37 | $142,052.94 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Advantage Law Group, P.A. | 6210-000 | NA | $5,126.25 | $5,126.25 | $0.00 |
| Law Offices of Kristy Qiu, P.A. | 6210-000 | NA | $5,269.72 | $5,269.72 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $10,395.97 | $10,395.97 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Service | 5800-000 | $0.00 | $6,443.75 | $0.00 | $0.00 |
| | City of Homestead | 5800-000 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,500.00 | $6,443.75 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | ADT Security Services Inc. | 7100-000 | $7,200.00 | $2,390.13 | $2,390.13 | $0.00 |
| 8 | ADT Security Services Inc. | 7100-000 | $0.00 | $2,390.13 | $2,390.13 | $0.00 |
| | Homestead Utilities Department | 7100-000 | $5,500.00 | $0.00 | $0.00 | $0.00 |
| | Jose Paradelo | 7100-000 | $4,800.00 | $0.00 | $0.00 | $0.00 |
| | Judit Karpati, Esq. | 7100-000 | $7,600.00 | $0.00 | $0.00 | $0.00 |
| | Jules Epstein, Esq. | 7100-000 | $3,200.00 | $0.00 | $0.00 | $0.00 |
| | Law Office of Daniel A. Milian, PA | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| | Lee Schmachtenberg, P.A. | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| | Stuart L. Tockman Law Offices | 7100-000 | $4,500.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $37,800.00 | $4,780.26 | $4,780.26 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 17-21784-AJC | Trustee Name: | Maria M. Yip |
|---|---|---|---|
| Case Name: | 419 SW 2ND AVENUE, LLC | Date Filed (f) or Converted (c): | 02/22/2018 (c) |
| For the Period Ending: | 5/18/2021 | §341(a) Meeting Date: | 04/02/2018 |
| | | Claims Bar Date: | 07/30/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Bank of America Debtor in Possession account | $25.00 | $30.72 | | $0.00 | FA |
| 2 | Office Furniture and Office Equipment | $2,370.00 | $2,370.00 | | $0.00 | FA |
| **Asset Notes:** | Per Initial Schedules [DE # 12], line 41. | | | | | |
| 3 | Other Machinery (lawnmower) | $150.00 | $150.00 | | $0.00 | FA |
| 4 | 419 SW 2nd Avenue, Homestead, FL 33030 | $1,900,000.00 | $1.00 | | $700,000.00 | FA |
| 5 | Insurance proceeds | $26,000.00 | $26,000.00 | | $0.00 | FA |
| 6 | Insurance proceeds. (Current total payout is unknown). | Unknown | $1.00 | | $121,672.23 | FA |
| 7 | 3 blackboards | $30.00 | $0.00 | | $0.00 | FA |
| 8 | 2 garden hoses | $10.00 | $0.00 | | $0.00 | FA |
| 9 | 9 ADT exterior cameras | $450.00 | $0.00 | | $0.00 | FA |
| 10 | ADT monitor and recorder | $100.00 | $0.00 | | $0.00 | FA |
| 11 | 2 commercial buckets | $10.00 | $0.00 | | $0.00 | FA |
| 12 | 3 commercial mops | $15.00 | $0.00 | | $0.00 | FA |
| 13 | Various items of cleaning supplies | $50.00 | $0.00 | | $0.00 | FA |
| 14 | Wells Fargo Bank Ch. 11 checking account (u) | $0.00 | $30.72 | | $30.72 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                    **Gross Value of Remaining Assets**

                                        $1,929,210.00            $28,583.44                              $821,702.95            $0.00

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2                Exhibit 8

| Case No.: | 17-21784-AJC | Trustee Name: | Maria M. Yip |
|---|---|---|---|
| Case Name: | 419 SW 2ND AVENUE, LLC | Date Filed (f) or Converted (c): | 02/22/2018 (c) |
| For the Period Ending: | 5/18/2021 | §341(a) Meeting Date: | 04/02/2018 |
| | | Claims Bar Date: | 07/30/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/07/2021    Status:

4/7/21 - Order uploaded.

3/16/21 - NFR filed; objection period expires 4/6/21; order to be uploaded thereafter.

3/16/21 - TFR filed.

2/25/21 - TFR submitted to OUST.

2/24/21 - Notice of Waiver of Compensation for fees and costs for services rendered by Yip Associates.

1/29/21 - Order Sustaining Objection to Claim of IRS (# 5-1).

12/28/20 - Filed Objection to Claim of IRS (# 5-1).

10/5/20 - Work on TFR; request interim bank statement.

7/6/20 - Communication with tax professionals regarding tax issues.

4/9/20 - TFR preparation in process.

1/15/20 - Communication with claims adjuster regarding W-9.

8/16/19 - Receipt and review of counsel's amended second and final application for compensation.

8/9/19 - Receipt and review of counsel's 2nd and final application for compensation and reimbursement of expenses.

7/1/19 - Order Granting Trustee's Ex Parte Motion to Approve Payment of Fee to Coconut Grove Claim Adjusters and Disburse Balance of Insurance Proceeds to Hutton Ventures LLC.

6/28/19 - Follow up with counsel regarding status of case.

5/23/19 - Ex-Parte Motion to Approve Payment of Fee to Adjuster and Disburse Balance of Insurance Proceeds to Hutton Ventures.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit 8

| Case No.: | 17-21784-AJC | Trustee Name: | Maria M. Yip |
|---|---|---|---|
| Case Name: | 419 SW 2ND AVENUE, LLC | Date Filed (f) or Converted (c): | 02/22/2018 (c) |
| For the Period Ending: | 5/18/2021 | §341(a) Meeting Date: | 04/02/2018 |
| | | Claims Bar Date: | 07/30/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

3/12/19 - Agreed Order Granting Motion to Authorize and Direct Trustee to Release Insurance Proceeds and Canceling Hearing Scheduled for 3/12/19.

2/8/19 - Amended Report of Sale of Real Property (to attach HUD-1).

11/9/18 - Order Granting Application for Compensation for Robert Charbonneau.

10/31/18 - Notice of Voluntary Fee Reduction (Robert Charbonneau).

10/30/18 - First Interim Application for Compensation for Robert Charbonneau.

10/11/18 - Report of Sale (Real Property).

9/14/18 - Order Granting Trustee's Expedited Motion for Entry of An Order Authorizing to Enter into Contract for Sale of Real Property; Approving Procedures for the Auction; Scheduling a Final Hearing to Approve the Sale of Real Property; Authorizing the Trustee to Surcharge the Real Property; and Approving Payment of Broker's Commission; Final Sale Hearing scheduled for 10/11/18.

9/5/18 - Hearing On Sale Motion scheduled for 9/12/18.

8/30/18 - Expedited Motion to Approve to Enter into Contract for Sale of Real Property; Approving Procedures for the Auction; Scheduling a Final Hearing to Approve the Sale of Real Property; Authorizing the Trustee to Surcharge the Real Property; and Approving Payment of Broker's Commission.

7/12/18 - Order Granting Application to Employ Real Estate Broker Jason Welt.

6/28/18- Hearing on retention of real estate broker set for July 11, 2018.

4/30/18 - Order Granting Application to Employ Adjuster Michael Lopez (Re: # [100])

3/14/18 - Order Granting Application to Employ Hal A. Levenberg (Re: # [88])

3/6/18 - Order Granting Application to Employ Robert P. Charbonneau (Re: # [85])

Claims: All claims resolved.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4     Exhibit 8

| | |
|---|---|
| **Case No.:** 17-21784-AJC | **Trustee Name:** Maria M. Yip |
| **Case Name:** 419 SW 2ND AVENUE, LLC | **Date Filed (f) or Converted (c):** 02/22/2018 (c) |
| **For the Period Ending:** 5/18/2021 | **§341(a) Meeting Date:** 04/02/2018 |
| | **Claims Bar Date:** 07/30/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Estate tax returns: None required.

**Initial Projected Date Of Final Report (TFR):** 12/30/2019     **Current Projected Date Of Final Report (TFR):** 02/28/2021

/s/ MARIA M. YIP
MARIA M. YIP

**FORM 2**

Page No: 1    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-21784-AJC | Trustee Name: | Maria M. Yip |
|---|---|---|---|
| Case Name: | 419 SW 2ND AVENUE, LLC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0400 | Checking Acct #: | ******3140 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 9/27/2017 | Blanket bond (per case limit): | $62,655,000.00 |
| For Period Ending: | 5/18/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/30/2018 | (14) | Wells Fargo Bank, N.A. | Turnover of Funds from Ch. 11 Checking Account Unscheduled bank account | 1229-000 | $30.72 | | $30.72 |
| 07/23/2018 | | Green Bank | Transfer Funds | 9999-000 | | $30.72 | $0.00 |
| | | | **TOTALS:** | | $30.72 | $30.72 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $30.72 | |
| | | | **Subtotal** | | $30.72 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $30.72 | $0.00 | |

For the period of 9/27/2017 to 5/18/2021

| | |
|---|---|
| Total Compensable Receipts: | $30.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30.72 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $30.72 |

For the entire history of the account between 05/30/2018 to 5/18/2021

| | |
|---|---|
| Total Compensable Receipts: | $30.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30.72 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $30.72 |

Page No: 2    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-21784-AJC | Trustee Name: | Maria M. Yip |
|---|---|---|---|
| Case Name: | 419 SW 2ND AVENUE, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0400 | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/27/2017 | Blanket bond (per case limit): | $62,655,000.00 |
| For Period Ending: | 5/18/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/23/2018 | | Union Bank | Transfer Funds | 9999-000 | $30.72 | | $30.72 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $0.01 | $30.71 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $0.05 | $30.66 |

SUBTOTALS    $30.72    $0.06

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-21784-AJC | | | Trustee Name: | Maria M. Yip |
|---|---|---|---|---|---|
| Case Name: | 419 SW 2ND AVENUE, LLC | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0400 | | | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 9/27/2017 | | | Blanket bond (per case limit): | $62,655,000.00 |
| For Period Ending: | 5/18/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/01/2018 | | Vanessa M. Bertran | 1st Wire Transfer from closing of sale of real property located at 419 SW 2nd Ave, Homestead FL (net of payments made at closing) pursuant to 9/14/18 Order Approving Sale of Real Property [DE # 134]. | * | $38,250.00 | | $38,280.66 |
| | {4} | | Payoff of tax certificate #1766201 - Gross Proceeds from Sale of Real Property pursuant to 9/14/18 Order Approving Sale of Real Property [DE # 134]. $650,000.00 | 1110-000 | | | $38,280.66 |
| | | | Proceeds to secured lender Hutton Ventures LLC per 10/16/18 Order Approving the Sale of Real Property (D.E. 138) $(487,987.19) | 4110-000 | | | $38,280.66 |
| | | | County taxes from 1/1/18 to 10/30/18 $(9,554.31) | 4700-000 | | | $38,280.66 |
| | | | Commission for Trustee's broker - Trustee Realty Inc. $(21,000.00) | 3510-000 | | | $38,280.66 |
| | | | Commission for buyer's broker - Hemisphere Real Estate $(21,000.00) | 3510-000 | | | $38,280.66 |
| | | | Break up fee to stalking horse bidder Jonathan Levy $(9,500.00) | 2500-000 | | | $38,280.66 |
| | | | City of Homestead costs (code violations) $(36,356.18) | 4800-000 | | | $38,280.66 |
| | | | 2016 Delinquent real estate taxes folio 10-7813-048 to Miami Dade County Tax Collector (tax certificate) $(12,696.89) | 4120-000 | | | $38,280.66 |
| | | | Wire fee, courier fee and cashier's check fee $(105.00) | 2500-000 | | | $38,280.66 |
| | | | 2017 Delinquent real estate taxes folio 10-7813-048 to Miami Dade County Tax Collector $(13,095.67) | 4700-000 | | | $38,280.66 |
| | | | 2015 Delinquent tangible property taxes acct 40-303489 to Miami Dade County Tax Collector $(454.76) | 4800-000 | | | $38,280.66 |

SUBTOTALS   $38,250.00   $0.00

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-21784-AJC | | | Trustee Name: | Maria M. Yip |
|---|---|---|---|---|---|
| Case Name: | 419 SW 2ND AVENUE, LLC | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0400 | | | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 9/27/2017 | | | Blanket bond (per case limit): | $62,655,000.00 |
| For Period Ending: | 5/18/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/01/2018 | (4) | Vanessa M. Bertran | 2nd and Final Wire Transfer; Gross proceeds of sale of real property located at 419 SW 2nd Ave, Homestead FL pursuant to 9/14/18 Order Approving Sale of Real Property [DE # 134]. | 1110-000 | $50,000.00 | | $88,280.66 |
| 11/12/2018 | 5001 | Agentis PLLC | 11/09/18 DE 146 Order Approving 1st Interim Application of Agentis PLLC (Fees) | 3210-000 | | $40,000.00 | $48,280.66 |
| 11/12/2018 | 5002 | Agentis PLLC | 11/9/18 DE 146 Order Approving 1st Interim Application of Agentis PLLC (Expenses) | 3220-000 | | $446.73 | $47,833.93 |
| 12/21/2018 | (6) | Mills Mehr & Associates Inc. | Proceeds from Hurricane Irma Claim # 20.5033. | 1129-000 | $93,172.23 | | $141,006.16 |
| 03/13/2019 | 5003 | Hutton Ventures, LLC | Pursuant to 3/12/19 DE 152 Agreed Order Granting Motion For An Order Authorizing and Directing the Trustee to Release Insurance Proceeds (Trustee will not seek compensation on these funds per agreement with secured creditor). | 4110-002 | | $93,172.23 | $47,833.93 |
| 03/13/2019 | 5004 | Hutton Ventures, LLC | Pursuant to 3/12/19 DE 152 Agreed Order Granting Motion For An Order Authorizing and Directing the Trustee to Release Insurance Proceeds; DE 152 also authorized and directed release of $10,000 to Hutton Ventures LLC (Trustee will not seek compensation on these funds per agreement with secured creditor). | 4110-002 | | $10,000.00 | $37,833.93 |
| 05/16/2019 | (6) | Mill Mehr & Associates | Proceeds from Hurricane Irma Claim # 20.5033. (Second and final payment). | 1129-000 | $28,500.00 | | $66,333.93 |
| 07/02/2019 | 5005 | Coconut Grove Claim Adjusters | Pursuant to 7/1/19 Order Granting Trustee's Motion to Authorize Payment of Fee to Michael Lopez and Coconut Grove Claim Adjusters and Disburse Balance of Insurance Proceeds to Hutton Ventures, LLC. (D.E. 155) (Trustee will not seek compensation on these funds per agreement with secured creditor). | 3991-002 | | $12,167.22 | $54,166.71 |

SUBTOTALS  $171,672.23  $155,786.18

Page No: 5     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-21784-AJC | Trustee Name: | Maria M. Yip |
|---|---|---|---|
| Case Name: | 419 SW 2ND AVENUE, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0400 | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/27/2017 | Blanket bond (per case limit): | $62,655,000.00 |
| For Period Ending: | 5/18/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/02/2019 | 5006 | Hutton Ventures LLC | Pursuant to 7/1/19 Order Granting Trustee's Motion to Authorize Payment of Fee to Michael Lopez and Coconut Grove Claim Adjusters and Disburse Balance of Insurance Proceeds to Hutton Ventures, LLC. (D.E. 155); (Trustee will not seek compensation on these funds per agreement with secured creditor). | 4110-000 | | $16,332.78 | $37,833.93 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $63.02 | $37,770.91 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $60.95 | $37,709.96 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $60.85 | $37,649.11 |
| 04/13/2021 | 5007 | Maria M. Yip | Trustee Compensation | 2100-000 | | $36,373.02 | $1,276.09 |
| 04/13/2021 | 5008 | Maria M. Yip | Trustee Expenses | 2200-000 | | $39.16 | $1,236.93 |
| 04/13/2021 | 5009 | United States Trustee | Claim #: ; Distribution Dividend: 95.09% | 2950-000 | | $1,236.93 | $0.00 |
| | | | TOTALS: | | $209,952.95 | $209,952.95 | $0.00 |
| | | | Less: Bank transfers/CDs | | $30.72 | $0.00 | |
| | | | Subtotal | | $209,922.23 | $209,952.95 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $209,922.23 | $209,952.95 | |

**For the period of 9/27/2017 to 5/18/2021**

| | |
|---|---|
| Total Compensable Receipts: | $821,672.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $821,672.23 |
| Total Internal/Transfer Receipts: | $30.72 |
| | |
| Total Compensable Disbursements: | $706,363.50 |
| Total Non-Compensable Disbursements: | $115,339.45 |
| Total Comp/Non Comp Disbursements: | $821,702.95 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/23/2018 to 5/18/2021**

| | |
|---|---|
| Total Compensable Receipts: | $821,672.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $821,672.23 |
| Total Internal/Transfer Receipts: | $30.72 |
| | |
| Total Compensable Disbursements: | $706,363.50 |
| Total Non-Compensable Disbursements: | $115,339.45 |
| Total Comp/Non Comp Disbursements: | $821,702.95 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 17-21784-AJC |
| Case Name: | 419 SW 2ND AVENUE, LLC |
| Primary Taxpayer ID #: | **-***0400 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 9/27/2017 |
| For Period Ending: | 5/18/2021 |

| | |
|---|---|
| Trustee Name: | Maria M. Yip |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******8401 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $62,655,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $209,952.95 | $209,952.95 | $0.00 |

**For the period of 9/27/2017 to 5/18/2021**

| | |
|---|---:|
| Total Compensable Receipts: | $821,702.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $821,702.95 |
| Total Internal/Transfer Receipts: | $30.72 |
| | |
| Total Compensable Disbursements: | $706,363.50 |
| Total Non-Compensable Disbursements: | $115,339.45 |
| Total Comp/Non Comp Disbursements: | $821,702.95 |
| Total Internal/Transfer Disbursements: | $30.72 |

**For the entire history of the case between 02/22/2018 to 5/18/2021**

| | |
|---|---:|
| Total Compensable Receipts: | $821,702.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $821,702.95 |
| Total Internal/Transfer Receipts: | $30.72 |
| | |
| Total Compensable Disbursements: | $706,363.50 |
| Total Non-Compensable Disbursements: | $115,339.45 |
| Total Comp/Non Comp Disbursements: | $821,702.95 |
| Total Internal/Transfer Disbursements: | $30.72 |

/s/ MARIA M. YIP
_____

MARIA M. YIP